NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CW 05-6 consolidated with CW 04-1202 & CW 04-1233, & CA 04-1373

DAVID GEORGE BROUSSARD, ET AL

VERSUS

HILCORP ENERGY COMPANY, ET AL

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 81711-B
HONORABLE JULES DAVID EDWARDS III, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Oswald A. Decuir, Elizabeth A. Pickett, and James T. Genovese, Judges.

WRIT DENIED.

Paul J. Hebert
Mark D. Sikes
Ottinger Hebert, LLC
P. O. Drawer 52606
Lafayette, LA 70505-2606
(337) 232-2606
Counsel for Defendants-Applicants:
 Hilcorp Energy Company
 Mike St. Clair
 Troy Simar

**G. William Jarman**
**Linda S. Akchin**
**Charles S. McCowan III**
**Pamela R. Mascari**
**Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, LLP**
**P. O. Box 3513**
**Baton Rouge, LA 70821**
**(225) 387-0999**
**Counsel for Defendant-Applicant:**
  **Texaco Exploration & Production Co.**

**Warren A. Perrin**
**Perrin, Landry, deLaunay, Dartez & Ouellet, APLC**
**P. O. Box 53597**
**Lafayette, LA 70505**
**(337) 237-8500**
**Counsel for Plaintiffs-Respondents:**
  **James Reuben Broussard**
  **Ruth B. Broussard**
  **Samuel P. Hinckley**
  **David George Broussard**
  **Mary Elizabeth Hinckley**
  **John Steven Broussard**
  **Julian J. Hinckley**
  **Thomas Andrew Broussard**

**Stuart H. Smith**
**Michael G. Stag**
**Amber E. Cisney**
**Smith Stag, LLC**
**2850 One Canal Place**
**365 Canal St.**
**New Orleans, LA 70130**
**(504) 593-9600**
**Counsel for Plaintiffs-Respondents:**
  **Julian J. Hinckley**
  **David George Broussard**
  **Ruth B. Broussard**
  **Samuel P. Hinckley**
  **James Reuben Broussard**
  **Thomas Andrew Broussard**
  **Mary Elizabeth Hinckley**
  **John Steven Broussard**